No. 78–6522. DINSIO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 78–6525. GONZALEZ v. UNITED STATES ET AL. C. A. 1st Cir. Certiorari denied.

No. 78–6533. DIXON v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 78–6535. GORE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 78–6536. WOODALL v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 78–6539. IN RE A. O. S. Ct. App. D. C. Certiorari denied.

No. 78–6544. RODES v. PRISTO ET AL. App. Ct. Ill., 1st Dist. Certiorari denied. 

No. 78–6558. JONES v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 78–6559. BARRON v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 78–1068. PENNSYLVANIA v. FANT. Sup. Ct. Pa. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied. 

No. 78–1072. FORD MOTOR CREDIT CO. v. EDMONDSON. C. A. 5th Cir. Motion of National Consumer Finance Assn. et al. for leave to file a brief as amici curiae granted. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.

No. 78–1113. ROSAS v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari.